**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

|   |   |   |
|---|---|---|
| In re: | : | |
| | : | |
| Gary D. Jeffries | : | Case No.: 18-30300 |
| | : | Chapter 13 |
| Debtor. | : | Judge Jacqueline P. Cox |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |

## NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee, Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

David M Siegel
Attorney for Gary D. Jeffries
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
davidsiegelbk@gmail.com

**Notified via US Postal Service**

Gary D. Jeffries
17062 Waterford Dr
Lansing, IL 60438

Gary D. Jeffries
17062 Waterford Drive
Lansing, IL 60438

Please take notice that on March 18, 2019, at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jacqueline P. Cox, 219 South Dearborn, Courtroom 680, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her

18-036601_FXF

place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, on 8th day of March, 2019, unless a copy was provided electronically by the Clerk of the Court.

Date  March 8, 2019                                    /s/ Umair Malik

                                                       Signature

18-036601_FXF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

David M Siegel, Attorney for Gary D. Jeffries, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2019:

Gary D. Jeffries, 17062 Waterford Dr, Lansing, IL 60438

Gary D. Jeffries, 17062 Waterford Drive, Lansing, IL 60438

/s/ Umair Malik

18-036601_FXF

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** : | |
| : | |
| **Gary D. Jeffries** : | Case No.: 18-30300 |
| : | **Chapter 13** |
| **Debtor.** : | **Judge Jacqueline P. Cox** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (FIRST MORTGAGE)**

Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), hereby moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay as to real property commonly referred to as 17062 Waterford Drive, Lansing, IL 60438 ("Property"). In support of the Motion, the Movant states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2. Gary D. Jeffries ("Debtor") filed a Chapter 13 case on October 29, 2018, ("Petition Date").

3. As of the Petition Date, the Movant was the holder of a claim secured by the Property, more particularly described in the Mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

18-036601_FXF

4. The above described Mortgage was given to secure a Note, ("Note"), dated August 10, 2017 and made payable to the Movant in the original sum of $204,025.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Movant perfected an interest in the Property, more particularly described in the Mortgage, recorded in the Cook County Recorder's Office on September 15, 2017. Evidence of perfection is attached as Exhibit "A".

6. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7. As of March 7, 2019, the outstanding principal of the Note was $203,436.08 and the outstanding interest was $10,983.69.

8. The Debtor is in default post-petition. A payment history is attached as Exhibit "C".

9. Said failure to make post petition mortgage payments constitutes sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1);

10. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

    a. Debtor has no equity in the Property and the Property is not needed by the Debtor for its reorganization. Movant believes that the Property has a value of $248,420.00 based on the Assessor's Value, which is attached hereto as Exhibit "D". As of March 7, 2019, the estimated principal balance is $203,436.08 with additional interest estimated at $10,983.69, escrow advances estimated at $16,223.05 and corporate advances of $3,742.53 less suspense of ($126.40) total a secured claim of

18-036601_FXF

    approximately $234,258.95. After the costs of sale and payment of all liens on the Property, there will be effectively no equity in this Property. Based upon the lack of equity in the Property, Movant asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

    b. The Movant is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has failed to make periodic payments to Creditor since January 1, 2019, which unpaid payments less suspense are in the aggregate amount of $6,587.44 through March 2019. As of March 7, 2019, Debtor was to have made 5 post petition payments. Debtor has only made 2 post petition payments. Debtor is delinquent 3 post petition payments.

11.    The Movant requests that the Court order that Rule 4001(a)(3) is not applicable.

    WHEREFORE, the Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay and the Trustee is hereby directed to halt disbursements to Creditor upon the filing of the Order Granting Relief from the Automatic Stay.

        Respectfully submitted,

        /s/ Umair Malik
        Todd J. Ruchman (6271827)
        Keith Levy (6279243)
        Sarah E. Barngrover (28840-64)
        Adam B. Hall (0088234)
        Edward H. Cahill (0088985)
        Umair M. Malik (6304888)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus OH  43216-5028
        614-220-5611; Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Todd J. Ruchman.

18-036601_FXF

Contact email is
tjruchman@manleydeas.com

18-036601_FXF

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

David M Siegel, Attorney for Gary D. Jeffries, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2019:

Gary D. Jeffries, 17062 Waterford Dr, Lansing, IL 60438

Gary D. Jeffries, 17062 Waterford Drive, Lansing, IL 60438

/s/ Umair Malik

18-036601_FXF