**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Gary D. Jeffries</u>   Case No.: <u>18-30300</u>   Chapter: <u>13</u>

All Cases: Moving Creditor: <u>Nationstar Mortgage LLC d/b/a Mr. Cooper</u>   Date Case Filed: <u>October 29, 2018</u>

Nature of Relief Sought  ☒ Lift Stay  ☐ Annul Stay  ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____N/A_____ or Date Plan Confirmed <u>03/04/2019</u>

Chapter 7:  ☐ No-Asset Report filed on _____
           ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral

    a. ☒ Home  17062 Waterford Drive, Lansing, IL 60438
    b. ☐ Car Year, Make, and Model _____
    c. ☐ Other (describe) _____

2. Balance Owed as of March 7, 2019: $<u>234,258.95</u>
   Total of all other Liens against Collateral: $<u>0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>248,420.00, the Assessor's Value</u>

5. Default

    a. ☐ Pre-Petition Default
       Number of months _____   Amount $_____

    b. ☒ Post-Petition Default
       i. ☒ On direct payments to the moving creditor
       Number of months <u>3</u>   Amount $<u>6,587.44</u>

       ii. ☐ On payments to the Standing Chapter 13 Trustee
       Number of months _____   Amount $_____

6. Other Allegations
    a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid Amount $ _____
       iii. ☐ Rapidly depreciating asset
       iv.  ☐ Other _____
    b. ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

    c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)

       v.   ☐ Bad Faith (describe) _____
       vi.  ☐ Multiple filings
       vii. ☐ Other (describe) _____

    d.

18-036601_FXF

    e.   Debtor's Statement of Intention regarding the Collateral

        viii. ☐ Reaffirm    ix. ☐ Redeem    x. ☐ Surrender    xi. ☒ No Statement of Intentions Filed

Date:   March  8, 2019

Respectfully submitted,

/s/ Umair Malik

Todd J. Ruchman (6271827)  
Keith Levy (6279243)  
Sarah E. Barngrover (28840-64)  
Adam B. Hall (0088234)  
Edward H. Cahill (0088985)  
Umair M. Malik (6304888)  
Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus OH  43216-5028  
614-220-5611; Fax: 614-627-8181  
Attorneys for Creditor  
The case attorney for this file is Todd J. Ruchman.  
Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

18-036601_FXF

*Motion For Relief Information*
*Post-Petition Ledger*

| Filed By: | Gary D. Jeffries 0 | Payment Changes | | | | | |
|---|---|---|---|---|---|---|---|
| | | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
| Case Number: | 1830300 | | | | | | |
| Filing Date: | 10/29/18 | | | | | | |
| Payments in POC: | $12,662.65 | | | | | | |
| First Post Due Date | 11/01/18 | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| 12/28/18 | $ 2,196.86 | 11/01/18 | $ 2,196.86 | $ - | | | | | $ 2,196.86 | $ 2,196.86 |
| 01/10/19 | | | | $ - | | $ 2,135.23 | | | $ (2,135.23) | $ 61.63 |
| 02/18/19 | $ 2,200.00 | 12/01/18 | $ 2,196.86 | $ 3.14 | | | | | $ 2,200.00 | $ 2,261.63 |
| 02/19/19 | | | | $ 3.14 | | $ 2,135.23 | | | $ (2,135.23) | $ 126.40 |
| | | | | $ 3.14 | | | | | $ - | $ 126.40 |
| | | | | $ 3.14 | | | | | $ - | $ 126.40 |
| | | | | $ 3.14 | | | | | $ - | $ 126.40 |
| | | | | $ 3.14 | | | | | $ - | $ 126.40 |
| | | | | $ 3.14 | | | | | $ - | $ 126.40 |
| | | | | $ 3.14 | | | | | $ - | $ 126.40 |
| | | | | $ 3.14 | | | | | $ - | $ 126.40 |
| | | | | $ 3.14 | | | | | $ - | $ 126.40 |
| | | | | $ 3.14 | | | | | $ - | $ 126.40 |