**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** | |
| **Gary D. Jeffries** | Case No.: 18-30300 |
| | Chapter 13 |
| **Debtor.** | Judge Jacqueline P. Cox |
| | * * * * * * * * * * * * * * * * * * * * |

# CERTIFICATE OF NON-COMPLIANCE

Now comes Nationstar Mortgage LLC d/b/a Mr. Cooper , its successors and assigns (hereinafter, "Creditor") by and through counsel, and certifies to this Court that Gary D. Jeffries ("Debtor") has failed to comply with the Order entered by the Court on April 16, 2019, a copy of which is attached hereto as Exhibit "A", by failing to make timely payments in accordance with the Order. Pursuant to the Order, the automatic stay will terminate upon the filing of the Certificate of Non-Compliance.

Creditor hereby advises the Court that Debtor is delinquent for the September 1, 2019 payment and for all arrears that were due thereafter.

The Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 plan filed by the Debtor(s).

WHEREFORE, upon the filing of the Certificate of Non-Compliance, the stay is terminated without further hearing.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)

18-036601_SJW

Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

18-036601_SJW

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Certificate of Non-Compliance was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

David M Siegel, Attorney for Gary D. Jeffries, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 28, 2019:

Gary D. Jeffries, 17062 Waterford Dr, Lansing, IL 60438

Gary D. Jeffries, 17062 Waterford Drive, Lansing, IL 60438

/s/ Todd J. Ruchman

18-036601_SJW

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| In re: | |
| Gary D. Jeffries | Case No.: 18-30300 |
| | Chapter 13 |
| Debtor. | Judge Jacqueline P. Cox |

*************************

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY LOCATED AT 17062 WATERFORD DRIVE, LANSING, IL 60438

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #36) which was filed in this court by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), Movant and Gary D. Jeffries ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of January 2019 through March 2019, incurring a total post-petition arrearage of $7,621.58, which consists of 3 post-petition payments for January 1, 2019 through March 1, 2019 at $2,196.86 each, and attorney fees and costs of $1,031.00. There is $3.14 in suspense, which reduces the total post-petition arrearage to $7,618.44.

In order to partially eliminate said post-petition delinquency, Debtor has submitted cashier's check number 9564431716 in the amount of $2,200.00 to counsel for Movant on March 21, 2019 reducing the post-petition default to $5,418.44. These funds have been submitted to Movant via UPS March 25, 2019 tracking 1ZY0362Y0291933146.

In order to further eliminate said post-petition delinquency, Debtor agrees to submit a lump sum payment in the amount of $2,200.00 on or before April 15, 2019 reducing the post petition default to $3,218.44.

**IT IS HEREBY ORDERED:**

1. In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:

    a. $536.41 on or before April 20, 2019;

    b. $536.41 on or before May 20, 2019;

1

18-036601_CJP

  c. $536.41 on or before June 20, 2019;

  d. $536.41 on or before July 20, 2019;

  e. $536.41 on or before August 20, 2019;

  f. $536.39 on or before September 20, 2019.

2. That Movant must receive the payments listed on Paragraph #1 on or before the corresponding date. If Movant fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

3. Debtor shall resume on-going post-petition payments directly to Movant beginning April 1, 2019. Payments must be sent directly to Nationstar Mortgage LLC d/b/a Mr. Cooper:

Nationstar Mortgage LLC d/b/a Mr. Cooper
Attention: Bankruptcy Department
PO Box 619094
Dallas TX 75261-9741
Note: Loan #

4. Upon completion of the repayment schedule listed in Paragraph #1 or tender of sufficient funds to bring the loan post-petition current, the Debtor must continue to make timely post-petition mortgage payments directly to Movant.

5. If Movant fails to receive two (2) post-petition monthly mortgage payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

6. If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

7. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

DATED: APR 15 2019

ENTER: *Jacqueline P. Cox*
J. Cox
UNITED STATES BANKRUPTCY JUDGE

**Submitted by:**

Todd J. Ruchman (6271827)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant

David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
Telephone: 847-520-8100
Email: davidsiegelbk@gmail.com
Attorney for Debtor

3